IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00421-EWN-MJW

JONATHAN OCKER,

Plaintiff(s),

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

Defendant(s).

MINUTE ORDER
DN 6

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 6) is GRANTED. The written Protective Order (docket no. 6-2) is APPROVED and made an Order of Court.

Date: April 14, 2008