**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00421-REB-MJW

JONATHAN OCKER,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation Regarding Plaintiff's Motion for Attorney Fees and Costs** [#22], filed June 17, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Recommendation Regarding Plaintiff's Motion for Attorney Fees and Costs** [#22], filed June 17, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

---

[1] It appears that in the interim since the recommendation was issued, plaintiff has received full payment from defendant for both the amount of the original judgment and the amounts of attorney's fees and costs found to be appropriate by the magistrate judge. (*See* **Satisfaction of Judgment** [#23], filed October 24, 2008.)

2. That plaintiff's **Motion for Attorney's Fees and Costs** [#16], filed May 13, 2008, is **GRANTED**; and

3. That the **Judgment** [#14], filed April 29, 2008, shall be **AMENDED** to include an award of and additional $2,712.50 in attorney fees and $425.00 in costs.

Dated November 18, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**